(No. 5914—▮▮▮▮▮▮▮▮▮▮)

KENNEDY VALVE MANUFACTURING COMPANY, INC., A Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 11, 1971.*

WILLIAM E. AULGUR, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

224

Perlin, C.J.